IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNATHAN N. BURKE, # 299004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-732-ECM |
| | ) (WO) |
| JOHN CROW, WARDEN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On December 15, 2021, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1815(b)(1)(A) as ordered by this Court.

A separate Final Judgment will be entered.

DONE this 12th day of January, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE